UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITESLATE, LLP,<br><br>                              Plaintiff,<br><br>v.<br><br>THIRD AVENEWS, LLC, et al.,<br><br>                              Defendants. | Case No.:  20cv2026-LAB-AHG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ACTION** |

By its October 29, 2020 Order, the Court declined supplemental jurisdiction over Plaintiff Whiteslate, LLP's sixteen state law claims, dismissed those claims, and directed Whiteslate to show cause why the Court shouldn't dismiss its sole remaining claim. Dkt. 4. Whiteslate filed a Notice of Voluntary Dismissal of the entire action on November 13, 2020. Dkt. 5. The Order to Show Cause is **DISCHARGED**. The action is **DISMISSED WITHOUT PREJUDICE** to Whiteslate's remaining claim, and the Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: November 16, 2020

*Larry A. Burns*
**Hon. Larry Alan Burns**
Chief United States District Judge